UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CEDRIC MOORE,

    Plaintiff,

v.                                          Case No. 3:25cv817-MCR-HTC

FLORIDA DEPARTMENT
OF REVENUE, et al.,

    Defendants.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated June 30, 2025. See ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice.

3. The Clerk is directed to close the case file.

**DONE AND ORDERED** this 16th day of December 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**